# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2590
_____

Alvaro Lozano-Vega

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: May 9, 2014
Filed: May 23, 2014
[Unpublished]
_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.
_____

PER CURIAM.

Mexican citizen Alvaro Lozano-Vega petitions for review of an order of the Board of Immigration Appeals (BIA), denying his request to reopen his case to apply for asylum, and upholding an immigration judge's denial of cancellation of removal. After careful consideration of the petition, we find no basis for reversal.

First, we conclude that we lack jurisdiction to review the denial of cancellation of removal.  See Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 434 (8th Cir. 2007) (this court lacks jurisdiction to review denial of cancellation of removal for failure to prove exceptional and extremely unusual hardship to qualifying relative); see also Pinos-Gonzalez v. Mukasey, 519 F.3d 436, 441 (8th Cir. 2008) ("Because [alien] has no constitutionally protected liberty or property interest in the discretionary relief of cancellation of removal, he cannot establish a due process right in the proceedings to obtain that relief.").  Second, we conclude that the BIA did not abuse its discretion in rejecting his ineffective-assistance claim and denying his request to reopen his case.  See Habchy v. Gonzales, 471 F.3d 858, 863-64 (8th Cir. 2006) (no abuse of discretion in requiring substantial compliance with Matter of Lozada, 19 I. & N. Dec. 637, 639 (BIA 1988)); Raffington v. INS, 340 F.3d 720, 722-23 (8th Cir. 2003) (no abuse of discretion in denying motion to reopen on ground that alien failed to present prima facie case for asylum).

Accordingly, the petition for review is denied.  See 8th Cir. R. 47B.

_____